FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY<br>     Plaintiff,<br><br>vs.<br><br>PRACTICE RECRUITERS, LLC, ET. AL.<br><br>     Defendants. | ) ) ) ) ) Case No.: 4:15-cv-528 ) ) ) ) ) ) ) |

NOTICE OF SETTLEMENT

COME NOW Plaintiff and Defendant in this matter, and submit this Notice of Settlement and inform the Court as follows:

1. The parties have reached an agreement to settle the claims in this matter.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. In light of the above, it is not necessary for the Court to consider the pending motions in this matter.

/s/ Karen L. Mayfield-Jones

Karen L. Mayfield-Jones Bar No.: 57813MO
Brian R. Shank Bar No.: 59955MO
Evans & Dixon, L.L.C.
Attorney for Defendants
Practice Recruiters, LLC and Matthew Todd Lowney
211 North Broadway, Suite 2500
St. Louis, Missouri 63102
(314) 552-4107 (Phone); (314) 884-4507 (Fax)
kjones@evans-dixon.com
bshank@evans-dixon.com

/s/ Ronald J. Eisenberg

Ronald J. Eisenberg, #48674MO
Robert Schultz, #35329MO
Attorneys for Plaintiff
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
(636) 537-4645 phone
Fax: (636) 537-2599
reisenberg@sl-lawyers.com
rschultz@sl-lawyers.com